IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE L. PORTER,

    Plaintiff,

v.

ALL ATTORNEY and ALL WISC ATTORNEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-679-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _11/23/09_
Peter Oppeneer, Clerk of Court    Date